First National Bank of Detroit, Michigan, Respondent, v. Harry B. Hollins and Others, Defendants. Rafael R. Govin, Appellant.— Motion for leave to appeal to the Court of Appeals, and to certify a question of law, denied, without costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Isaac Fragner, Respondent, v. Harry Fischel, Appellant.— Motion granted, without costs, on condition that within ten days the appellant deposit to the credit of this action the sum of $13,500. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ. Order to be settled before the presiding justice.

In the Matter of the Probate of a Paper Writing Propounded as the Last Will and Testament of Julia Lorillard Butterfield, Deceased.— Motion granted and order signed. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of the Public Service Commission, etc. Gravesend Avenue Route (Route No. 49).— Motion to confirm report of Commissioners granted. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Lancaster Sea Beach Improvement Company, Appellant, v. The City of New York, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

The People of the State of New York ex rel. Josiah J. White, Relator, v. Hon. Norman S. Dike, a Judge of the County Court of the County of Kings, Respondent.— On April 10, 1914, by the decision then made (See *ante*, p. 870), relator was advised that his motion papers were incomplete. The defect was pointed out, and he was given an opportunity to renew the motion upon supplying the necessary papers. This would of course involve again serving respondent with a complete set of the new motion papers. Instead of accepting the suggestion he moved for a reargument upon the same motion papers previously submitted. In his brief upon the motion for reargument relator states that the papers declared by our previous decision to be necessary have been lost. If that is so he may be unfortunate, but we can afford him no relief. Motion denied. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Alfonso Casomano, Respondent, v. David Frank and Others, a Copartnership, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

John H. Clauson and Harry Clauson, appellants, v. Henry P. Clauson and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Daniel Conahan, Respondent, v. Terry & Tench Company, Appellant. — The order excludes from the examination portions of plaintiff's history peculiarly within his knowledge, and his physical condition at periods that should be known to determine the nature, extent or progress of his injury. Order modifying the order of examination reversed, with ten dol-